IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN RAY STOKES,
    Petitioner,

vs.                                      Case No.: 3:12cv60/RV/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 10, 2012 (doc. 4). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus under § 2241 (doc. 1) is summarily denied and dismissed, as Petitioner is not entitled to proceed under this section.

**DONE AND ORDERED** this 14th day of March, 2012.

                                                /s/ *Roger Vinson*
                                                **ROGER VINSON**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**